# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY THOMAS, | No. CV ED CV 08-00606-SVW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT AYERS, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: 1/28/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE